IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DUNCAN J. MCNEIL, III                                                                               PLAINTIFF

VERSUS                                                               CIVIL ACTION NO.  3:05cv681HTW-JCS

UNITED STATES, et al.                                                                             DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  As reflected in the Opinion and Order of Dismissal of the court issued this day, the plaintiff's complaint filed pursuant to 28 U.S.C. § 1963 is dismissed as frivolous and will be counted as a strike pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 23rd day of May, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE